UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GLOBAL DNS, LLC,

      Plaintiff,

  v.

KOOK'S CUSTOM HEADERS, INC.,

      Defendant.

Case No.  C08-0268RSL

ORDER VACATING ORDER
TO SHOW CAUSE

This matter comes before the Court *sua sponte*.  On August 7, 2008, defendant filed a motion to dismiss that, taken as a whole, exceeded 50 pages in length but did not provide a courtesy copy of the documents for chambers.  On August 14, 2008, the Court issued an order to show cause why defendant should not be sanctioned for failing to comply with the Court's prior orders.  The order to show cause (Dkt. #23) is now vacated in light of the receipt of the courtesy copy and defendant's response.

DATED this 18th day of August, 2008.

*MₐₜS Lasnik*

Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE